# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-6470-RSWL (SP) | Date | November 26, 2018 |
| Title | JOSE LUIS BARAJAS v. NANCY A. BERRYHILL, Deputy Commissioner for Operations of Social Security Administration | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Effect Service and Prosecute**

On July 26, 2018 plaintiff filed a Complaint for Review of Final Decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On August 1, 2018, the court issued its Case Management Order in this matter. The Case Management Order advised plaintiff that the summons and complaint must be served on defendant in accordance with Federal Rule of Civil Procedure 4(i), and ordered plaintiff to thereafter file proof of such service, preferably within 30 days of the date of the order, or on or before August 31, 2018.

Pursuant to Federal Rule of Civil Procedure 4(m), if a defendant is not served within 90 days after the filing of the complaint, the court must dismiss the action without prejudice unless plaintiff shows good cause for the failure. Accordingly, plaintiff had until October 24, 2018 at the latest to serve defendant. To date, the court has not received a proof of service. Nor has plaintiff requested or obtained an order from the court granting an extension of time to do so. It therefore appears plaintiff is not properly prosecuting this action.

Accordingly, plaintiff is ORDERED to show cause in writing by **December 10, 2018** why this case should not be dismissed without prejudice for plaintiff's failure to prosecute and serve defendant within the required time period. Plaintiff may discharge this Order to Show Cause by filing, not later than December 10, 2018, proof of service of the summons and complaint.

**The court warns plaintiff that failure to respond to the Order to Show Cause**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-6470-RSWL (SP) | Date | November 26, 2018 |
|---|---|---|---|
| Title | JOSE LUIS BARAJAS v. NANCY A. BERRYHILL, Deputy Commissioner for Operations of Social Security Administration | | |

**by December 10, 2018, or further failure to prosecute this action in accordance with the Case Management Order and other court orders, may result in dismissal of this action for failure to prosecute.**